IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY UNOCIC,

    Defendant.

4:23CR3019

INDICTMENT
18 U.S.C. § 115(a)(1)(B) and 115(c)(1)

The Grand Jury charges that

## COUNT I

From on or between January 1, 2022 and on or about April 12, 2022, in the District of Nebraska, the defendant, ANTHONY UNOCIC, did threaten to assault D.T., a Federal law enforcement officer, with intent to retaliate against D.T. on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(c)(1).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
DANIEL PACKARD, #21991
Assistant U.S. Attorney