IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:23CR3019** |
| vs. | |
| ANTHONY UNOCIC, | **ORDER** |
| Defendant. | |

This matter is before the Court upon notice from the United States Marshals Service that Ryan J. Rivera, now detained in the Arkansas Valley Correctional Facility, Ordway, Colorado, a material witness for the above-captioned case, is refusing to come to Court. Mr. Rivera's presence at trial is required.

IT IS THEREFORE ORDERED:

1) Federal Detention Center officials, and/or the United States Marshals Service, shall:

    a. Bring Ryan J. Rivera to this Court, U.S. Federal Courthouse, 100 Centennial Mall North, Lincoln, Nebraska, on the 21st day of August, 2023, at 9:00 o'clock a.m., and each day thereafter as may be necessary, for the purpose of testifying on behalf of the United States of America at the trial of the above case; and

    b. Use of cell extraction and reasonable force if necessary to secure Mr. Rivera's attendance at trial.

1) The clerk shall provide a copy of this order to the Marshal.

Dated this 19th day of July, 2023.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge