```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )      4:23CR3019
                               )
         vs.                   )
                               )      Lincoln, Nebraska
ANTHONY UNOCIC,                )      September 28, 2023
                               )
              Defendant.       )


                      VOLUME IV
              TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE JOHN M. GERRARD
   SENIOR UNITED STATES DISTRICT JUDGE AND A JURY



              A-P-P-E-A-R-A-N-C-E-S

FOR THE PLAINTIFF:        Mr. Daniel D. Packard
                          Asst. United States Attorney
                          100 Centennial Mall North
                          Suite 487
                          Lincoln, NE 68508

FOR THE DEFENDANT:        Mr. Korey L. Reiman
                          Asst. Federal Public Defender
                          100 Centennial Mall North
                          Suite 112
                          Lincoln, NE 68508




COURT REPORTER:           Ms. Brenda L. Fauber, RDR, CRR
                          111 South 18th Plaza
                          Suite 3122
                          Omaha, NE 68102
                          (402) 661-7322


Proceedings reported by certified stenographer, transcript
produced with computer.
```

1       (At 10:19 a.m. on September 28, 2023, with counsel for
2   the parties and the defendant present, and the jury NOT
3   present:)
4           THE COURT:  Good morning, everyone.
5       United States of America versus Anthony Unocic.  This is
6   day four of the trial.
7       The jury has been out and the Court has been advised that
8   the jury has reached a verdict.
9       Counsel, is there anything we need to take up before I
10  bring the jury?
11          MR. PACKARD:  No, your Honor.
12          MR. REIMAN:  No.
13          THE COURT:  I will tell you this, and I have in other
14  cases, it's not the Court's practice to poll the jury unless
15  it's specifically requested by the lawyers.  So I won't be
16  doing that unless there's a specific request.
17      Secondly, I think you both know that I do allow you to
18  speak with jurors if they wish to speak afterwards.  If they
19  wish not to speak, I want you to respect that as well.
20      All right.
21      With that, let's bring the jury.
22          (Jury in at 10:20 a.m.)
23          THE COURT:  And you may be seated.  Welcome back,
24  ladies and gentlemen of the jury.
25      It looks like Juror Number 2, I will ask you, has the

1   jury reached a unanimous verdict?

2           FOREPERSON: We have, your Honor.

3           THE COURT: All right. Very well.

4       If you would please hand the verdict form to my courtroom

5   deputy, Ms. Miller, I'll examine it as to form.

6       All right. Very well. It's appropriate as to form and I

7   will read the entire verdict out loud.

8       This is the case of the United States of America versus

9   Anthony Unocic, Case Number 4:23CR3019. The charge was

10  threatening to assault a federal law enforcement officer.

11      And the verdict is as follows:

12      We, the jury, find the defendant, Anthony Unocic, guilty

13  beyond a reasonable doubt of threatening to assault Agent

14  David Tubbs with the intent to retaliate against Tubbs, as

15  instructed in Instruction Number 9.

16      Signed by the jury foreman on the 28th day of September,

17  2023.

18      And I will ask, first of all, the foreman, Juror Number

19  2, has the verdict that I've just read been reached

20  unanimously?

21          FOREPERSON: It has, your Honor.

22          THE COURT: Very well. And has the verdict -- was

23  the verdict that I just read accurate?

24          FOREPERSON: Yes, it was.

25          THE COURT: All right. Very well.

1        Any polling necessary of the jury?

2            MR. PACKARD:  No, your Honor.

3            MR. REIMAN:  No, sir.

4            THE COURT:  All right.  Very well.

5        Unanimity has been verified.  The Court will accept the

6   verdict and I will direct my clerk to file and record the

7   verdict.

8        At this time, ladies and gentlemen of the jury, I want to

9   thank you for your service.  I have before, but I mean that on

10  behalf of the entire district.

11       These cases are difficult.  You've been most attentive

12  throughout the proceedings and taken your duty very seriously

13  and I want to thank you on behalf of the district.

14       I will discharge you at this point in time as jurors.  If

15  you wish to wait just for a few moments, I'll be happy to

16  speak with you about the proceedings and procedures in my

17  chambers in just a few moments.

18       And if you do not wish to wait, you are discharged and

19  you will be allowed to go at this point in time.

20       So once again thank you on behalf of the District of

21  Nebraska.  You are discharged and I'll meet with you in just a

22  few minutes.

23       Okay.  Thank you.

24       (Jury out at 10:24 a.m.)

25           THE COURT:  All right.  You may be seated.

1          So the Court has accepted the jury verdict.  At this time
2     I will adjudge Mr. Unocic guilty of Count I, threatening to
3     assault a federal law enforcement officer with the intent to
4     retaliate against the officer on account of the performance of
5     his official duties.
6          So the verdict and the judgment is guilty.
7          I will set the sentencing date for January 4, 2024, at
8     9 a.m.
9          Counsel, are both of you available on January 4?
10              MR. REIMAN:  Yes, sir.
11              MR. PACKARD:  Yes, your Honor.
12              THE COURT:  All right.  So sentencing will be set on
13    January 4 of 2024, 9 a.m.
14         Mr. Unocic, there will be a presentence investigation
15    report prepared in the interim.  I'll want you to cooperate
16    with that.  It would be in your best interests to cooperate
17    with that between now and that time.
18         Counsel, is there any other matters that we need to take
19    up from the government?
20              MR. PACKARD:  No, your Honor.
21              THE COURT:  Or from the defense?
22              MR. REIMAN:  No, sir.  Thank you.
23              THE COURT:  All right.
24         Mr. Unocic will be remanded to the custody of the United
25    States Marshal until the sentencing.

1   He's under service of sentence on another matter but will
2   be expected to be brought back January 4 of 2024.
3   Counsel, thank you both for your service to this court.
4   We stand adjourned.
5
6   (Adjourned at 10:26 a.m.)
7
8
9
10  I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.
11
12  ___/s *Brenda L. Fauber*___        ___February 6, 2024___
    Brenda L. Fauber, RDR, CRR                Date
13
14
15
16
17
18
19
20
21
22
23
24
25