IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY UNOCIC,<br><br>Defendant. | 4:23-CR-3019<br><br>ORDER |

The above-named defendant is seeking relief under 28 U.S.C. § 2255 and is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Accordingly,

IT IS ORDERED:

1. The defendant's motions to appoint counsel (filing 119; filing 137) are granted.

2. J. Robert Black is appointed, and shall promptly enter an appearance as counsel for the above-named defendant.

3. The Federal Public Defender's Office shall provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

4. The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney.

5. Due to the appointment of counsel, the defendant's motions for leave to redact his address from the record (filing 113; filing 124) are granted, and the Court shall remove the defendant's personal address from the docket.

6. On or before September 23, 2026, the defendant's counsel may (but is not required to) supplement or amend the defendant's motion for new trial (filing 117) and motion to vacate (filing 132).

7. The government shall respond to the defendant's motion for new trial (filing 117) and motion to vacate (filing 132) on or before October 7, 2026. The defendant may reply in support of his motions on or before October 21, 2026.

8. The defendant's motion to seal (filing 135) is granted.

9. Given the appointment of counsel, the defendant's motion for electronic filing access (filing 140) is denied as moot.

Dated this 24th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge